**IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA PANAMA CITY DIVISION**

**STEVEN MICHAEL AITKEN,**

**Plaintiff,**

**v.** **Case No. 5:26-cv-239-AW-MJF**

**WARDEN, APALACHEE CORRECTIONAL FACILITY, et al.,**

**Defendants.**

_________________________________/

**ORDER ADOPTING REPORT AND RECOMMENDATION**

Plaintiff has not paid the filing fee or complied with a court order, and he has not objected to the magistrate judge's report and recommendation (ECF No. 6), which recommends dismissal on those bases. It appears Plaintiff has abandoned his case.

I now adopt the report and recommendation and incorporate it into this order. The clerk will enter a judgment that says, "This case is dismissed without prejudice for failure to pay the filing fee, failure to comply with a court order, and failure to prosecute." The clerk will then close the file.

SO ORDERED on November 24, 2026.

s/ *Allen Winsor*
Chief United States District Judge